

FILED

AUG 1 3 2021

RORY L. PERRY II, CLERK
U.S. District Court
Southern District of West Virginia

*Attachment A - Bivens Complaint form*

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF WEST VIRGINIA

MICHAEL RANKINS

#58425056

_(Enter above the full name of the plaintiff or plaintiffs in this action)_

_(Inmate Reg. # of each Plaintiff)_

v.

CIVIL ACTION NO. 5:21-CV-00453
_(Number to be assigned by Court)_

MICHAEL D. CARVAJAL
J.C. PETRUCC
JOHN OR JANE DOE
D.L. YOUNG
B. FAIN
THOMAS

DEMAND FOR JURY TRIAL

_(Enter above the full name of the defendant or defendants in this action)_

Defendant(s).

## COMPLAINT

### I.    Parties

A.    Name of Plaintiff:    MICHAEL RANKINS

Inmate No.:    #58425056

Address:    BECKLEY FCI
P.O. BOX 350
BEAVER WV 25813

B.    Additional Plaintiff(s) (provide the same information for each plaintiff as listed in Item A above).

Name of Plaintiff: _____

Inmate No.: _____

Address: _____

_____

Name of Plaintiff: _____

Inmate No.: _____

Address: _____

_____

C.    Name of Defendant: MICHAEL D. CARVAJAL

Position: DIRECTOR OF BUREAU OF PRISON

Place of Employment: 320 FIRST STREET, NW

WASHINGTON DC 20534

D.    Additional Defendant(s) (provide the same information for each defendant as listed in Item C above):

Name of Defendant: J.C. PETRUCC

Position: REGIONAL DIRECTOR

Place of Employment: MID ATLANTIC REGIONAL OFFICE

302 SENTINEL DRIVE, SUITE 209
ANNAPOLIS MD. 20701

Name of Defendant: JOHN OR JANE DOE

Position: FOOD SERVICE ADMINISTRATOR

Place of Employment: MID ATLANTIC REGIONAL OFFICE
302 SENTINEL DRIVE, SUITE 209
ANNAPOLIS MD. 20701

SEE ATTACHED DEFENDANTS NAMES

2

# DEFENDANT NAMES

NAME OF DEFENDANT: D. L. YOUNG
POSITION:      WARDEN
PLACE OF EMPLOYMENT: BECKLEY FCI
  P.O. BOX 350, BEAVER, WV 25813


NAME OF DEFENDANT: B. FAIN
POSITION: ADMINISTRATOR OF HEALTH SERVICE
PLACE OF EMPLOYMENT: BECKLEY FCI
  P.O. BOX 350, BEAVER, WV 25813


NAME OF DEFENDANT: THOMAS
 POSITION: FOOD SERVICE ADMINISTRATOR OF BECKLEY FCI
PLACE OF EMPLOYMENT: BECKLEY FCI, P.O. BOX 350,
BEAVER, W.V. 25813

2. Court (if federal court, name the district; if state court, name the county);

_____ N/A

3. Docket Number: _____ N/A

4. Name of judge to whom case was assigned: _____

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?)

_____ N/A

6. Approximate date of filing lawsuit: _____

7. Approximate date of disposition: _____

## IV. Statement of Claim

State here, as briefly as possible, the <u>facts</u> of your case. Describe what each defendant did to violate your constitutional rights. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets of paper if necessary.)

SEE ATTACHED PAGES OF STATEMENT OF FACTS

4

II.    **Place of Present Confinement**

Name of Prison/Institution:  BECKLEY FCI

A.    Is this where the events concerning your complaint took place?

Yes ✓            No _____

If you answered "no," where did the events occur? _____

_____

B.    Is there a prisoner grievance procedure in this institution?

Yes ✓            No _____

C.    Did you present the facts relating to your complaint in the prisoner grievance
procedure?    Yes _____        No ✓

If you answered "no," explain why not: BECKLEY STAFF OFFICIAL HAS
THREATEN ME ABOUT FILING GRIEVANCES I FEAR FOR MY LIFE
I HAVE WROTE MICHAEL D. CARVAJAL DIRECTOR OF PRISON AND
REGIONAL DIRECTOR J.C. PETRUCC ABOUT ISSUES IN THIS LAWSUIT
If you answered "yes," what was the result at level one, level two and level three
(attach grievances and responses): _____ N/A _____

_____

III.    **Previous Lawsuits**

A.    Have you begun other lawsuits in state or federal court dealing with the same facts
involved in this action or otherwise related to your imprisonments?

Yes _____        No ✓

B.    If your answer to A is "yes," describe the lawsuit in the space below. If there is more
than one lawsuit, describe the additional lawsuits on another piece of paper using the
same outline.

1.    Parties to the previous lawsuit:                N/A

Plaintiff(s): _____

Defendant(s): _____

3

## V.    Relief

State briefly and exactly what you want the Court to do for you. Make no legal arguments.
Cite no cases or statutes.

A.) PLAINTIFF REQUESTING COMPENSATORY DAMAGES IN THE AMOUNT OF $ 10,000.000 AGAINST EACH DEFENDANT.

B.) PLAINTIFF SEEK PUNITIVE DAMAGES IN THE AMOUNT OF $ 9,000.000. AGAINST EACH DEFENDANT.

C.) PLAINTIFF SEE $1,000,000 AMENTAL EMOTIONAL DAMAGES I THE AMOUNT AGAINST EACH DEFENDANTS.

D.) PLAINTIFF SEEK AN INJUNCTION ORDER TO ISSUE AGAINST THE DEFENDANTS.

Signed this __9__ day of __AUGUST__, 20 __21__.

_Michael Rumplin_

Signature of Plaintiff or Plaintiffs


**I declare under penalty of perjury that the foregoing is true and correct.**

Executed on ___8-9-21___.
              (Date)

_Michael Rumplin_
Signature of Plaintiff

5

<u>STATEMENT OF FACTS</u>

1.) ON JANUARY 13, 2021 THROUGH AUGUST 2021 DEFENDANTS MICHAEL D. CARVAJAL DIRECTOR OF BUREAU OF PRISON, J.C. PETRUCC, REGIONAL DIRECTOR, D.L. YOUNG, WARDEN; AND B. FAN, ADMINISTRATOR OF HEALTH SERVICE ACTED WITH DELIBERATE INDIFFERENCE THE DEFENDANTS HAD KNOWLEDGE OF PLAINTIFF MICHAEL RANKINS SERIOUS MEDICAL NEEDS FOR TREATMENT FOR SUFFERING EXTREME CHEST PAINS THAT RELATING TO HIS HEART CONDITION FROM SUFFERING THREE HEART ATTACKS IN THE PAST AND A AUGUST 11, 2020 HEART SURGERY AND BIOPSY OF A CANCER MASS ON HIS HEART, AND CANCER NOULDLES IN HIS LUNG, KIDNEY AND HIS BONES THE DEFENDANTS VIEWED PLAINTIFF MEDICAL FILES AND FAIL TO PROVIDE PLAINTIFF ADQUATE MEDICAL TREATMENT.

2.) SINCE JANUARY 13, 2021 THROUGH AUGUST 2021 DEFENDANTS CARVAJAL, PETRUCC, YOUNG AND FAN ACTED WITH DELIBERATE INDIFFERENCE WHEN THEY KNEW ABOUT PLAINTIFF RANKINS BEING EXPOSED TO A SUBSTANTIAL RISK OF SERIOUS HARM BEING HOUSED AT BECKLEY FCI THAT IS A CARE LEVEL TWO PRISON FACILITY THAT DO NOT PROVIDE MEDICAL TREATMENT FOR PLAINTIFF RANKINS SERIOUS MEDICAL NEEDS SUCH AS PAIN AND

- 2 -

SUFFERING FROM HIS HEART CONDITION CANCER NOUDLES THROUGHTOUT HIS BODY. THE DEFENDANTS CARVAJAL, PETRUCC, YOUNG AND FAN READ PLAINTIFF RANKINS MEDICAL FILES AND DID NOT TRANSFER PLAINTIFF TO A PRISON FACILITY THATS A CARE LEVEL THREE THAT PROVIDES MEDICAL TREATMENT FOR PLAINTIFF SERIOUS MEDICAL NEEDS.

3.) ON JANUARY 13, 2021 THROUGH AUGUST 2021 DEFENDANT CARVAJAL, PETRUCC, YOUNG, AND FAIN ACTED WITH DELIBERATE INDIFFERENCE WHEN THEY HAD KNOWLEDGE THAT BECKLEY FCI IS A MEDICAL CARE LEVEL TWO PRISON FACILITY THAT UNTRAINED MEDICAL STAFF ARE NOT QUALIFIED TO MAKE MEDICAL DECISIONS CONCERING PLAINTIFF RANKINS SERIOUS MEDICAL NEEDS WITHOUT SPECIALIZED TRAINING THAT REQUIRES A SPECIALIST'S ATTENTION.

4.) FROM JANUARY 13, 2021 TO AUGUST 2021 PLAINTIFF HAD WROTE DEFENDANTS CARVAJAL, PETRUCC, YOUNG AND FAIN REQUESTING TO BE TRANFER TO A FCI PRISON CARE LEVEL THREE MEDICAL FACILITY THE DEFENDANTS ACTED WITH DELIBERATE INDIFFERENCE WHEN THEY IGNORED PLAINTIFF RANKINS MEDICAL TRANSFER REQUEST TO BE AT A CARE LEVEL THREE PRISON FACILITY THAT PROVIDES ADQUATE MEDICAL TREATMENT TO PLAINTIFF RANKINS ( SEE EXHIBIT-A

- 3 -

LETTER TO DEFENDANTS CARVAJAL AND PETRUCC)

5.) SINCE JANUARY 2021 TO AUGUST 2021 PLAINTIFF RANKINS WROTE DEFENDANTS CARVAJAL, PETRUCC, THOMAS, JOHN OR JANE DOE FOOD SERVICE ADMINISTRATOR OF THE REGIONAL DIRECTOR OFFICE, YOUNG AND FAIN TO RECEIVE WELL BALANCED DAILY MEALS CONTAINING SUFFICIENT NUTRITIONAL VALUE TO PRESERVE HIS HEALTH THAT THE FOOD THAT IS RECEIVING FROM THE KITCHEN DAILY IS SPOILED, NUTRITIONALLY DEFICIENT THATS EFFECTING PLAINTIFF RANKINS HEALTH CONDITIONS THAT HE FACE A SUBSTAINTIAL RISK OF SERIOUS HARM. PLAINTIFF WAS ALSO REQUEST DEFENDANTS TO PROVIDE MEDICAL DIET FOR HIS DIABETES AND HEART CONDITION THE DEFENDANTS IGNORED HIS REQUEST. (SEE AFFIDAVIT OF ZACHARY MORRIS # 34899-058 ABOUT THE FOOD THATS SERVED TO INMATE POPULATION MARK AS EXHIBIT- B)

6. PLAINTIFF RANKINS HAS WROTE DEFENDANTS CARVAJAL, PETRUCC AND YOUNG ABOUT THE GRIEVANCE PROCESS IS NOT AVAILABLE AT BECKLEY FCI THE DEFENDANTS HAD IGNORED PLAINTIFF RANKINS SEVERAL LETTERS AS NOTICE TO TAKE CORRECTIVE ACTION. PLAINTIFF RANKINS HAS BEEN THREATEN AND HE FEAR FOR HIS LIFE

- 4 -

PLAINTIFF HAS MADE SEVERAL ATTEMPTS TO OBTAIN GRIEVANCES ABOUT DEFENDANT YOUNG POLICES AND MAIL ROOM SUPERVISOR WITHHOLDING PLAINTIFF INCOMING LEGAL MAIL AND OTHER INMATES LEGAL MAIL FROM THE CLERK's OFFICE OF THE UNITED STATES DISTRICT COURT AND ATTORNEYS.(SEE EXHIBIT-C COURT ORDER FROM THE HONORABLE CHERYL A. ELFERT, UNITED STATES MAGISTRIATE JUDGE IN RE: ETHAN JEROME MOORE V. D.L.YOUNG CASE NO. 5:20-CV-00857; ALSO LETTER FROM KRISTIN F. SCOTT, ASSISTANT UNITED STATES ATTORNEY. THAT SHE WROTE BECKLEY FCI OFFICIALS IN RE: ETHAN JEROME MOORE V. D. L. YOUNG CASE NO. 5:20-CV-00857)

EXHIBIT-A

MICHAEL RANKINS
#58425056
FCI BECKLEY
P.O. BOX 350
BEAVER WV. 25813

MICHAEL D. CARVAJAL
DIRECTOR OF BUREAU OF PRISON
320 FIRST STREET, NW
WASHINGTON, DC 20534

JUNE 25, 2021

J.C. PETRUCC
REGIONAL DIRECTOR
MID ATLANTIC REGIONAL OFFICE
302 SENTINEL DRIVE, SUITE 209
ANNAPOLIS, MD. 20701

RE: NOTICE TO TAKE
CORRECTIVE ACTION

DEAR GENTLEMAN:

I WOULD LIKE TO BRING TO YOUR ATTENTION MATTERS THAT I AM REQUESTING CORRECTIVE ACTION TO BE TAKEN HERE AT BECKLEY FCI BECAUSE THE GRIEVANCE PROCESS AT BECKLEY FCI IS NOT AVAILABLE FOR ADDRESSING D.L. YOUNG, WARDEN POLICIES THEREFORE, THIS LETTER IS BEING USED TO PROVIDE NOTICE TO TAKE CORRECTIVE ACTION AND FAIL TO DO SO I WILL PROCEED WITH A CIVIL ACTION

-2-                    EXHIBIT-A

REQUESTING MONETARY DAMAGES FOR THE FOLLOWING
REASONS :


       LACK OF MEDICAL STAFF /DELAY MEDICAL
       TREATMENT


IN AUGUST 2020 I HAD HEART SURGERY WHILE
HOUSED AT TERRE HAUTE FCI IN JANUARY 2021
I WAS TRANSFER FROM TERRE HAUTE FCI CARE LEVEL
3 TO BECKLEY FCI CARE LEVEL 2 WITH NO
MEDICAL STAFF ON DUTY DAILY 24 HOURS.
I HAVE HAD CHEST PAINS AT NIGHT WITH
NO NITRO TO STOP THE CHEST PAINS, BECAUSE
NITROGLYCERIN IS NOT NECESSARY OFFER TO
INMATES AT A CARE LEVEL 3 FACILITY AT
BECKLEY FCI. SIGNING UP FOR SICK CALL
DOES NOT PROVIDE MEDICAL STAFF TO PROVIDE
MEDICAL TREATMENT THEN AND THERE
THE ONLY REQUIREMENT IS WRITING ON A PICE
OF PAPER WHAT YOU ARE COMPLAINING ABOUT
MEDICALLY AND YOU LEAVE MEDICAL
WATCH THE CALL OUT FOR THE NEXT 3 TO
4 WEEKS. THE LACK OF MEDICAL STAFF
CAUSES THE 3 TO 4 WEEKS FOR MEDICAL
TREATMENT AND TO BE SEEN BY A DOCTOR
I HAVE CANCER SPOTS THROUGHOUT MY BODY
AND SERIOUS HEART ISSUES I NEED TO
BE TRANSFER TO A CARE LEVEL 3 FACILITY

-3-    EXHIBIT A

NEARER RELEASE TO NORTH CAROLINA UNDER THE FIRST STEP ACT.

NEARER RELEASE TRANSFER TO A LOW FACILITY

WHILE BEING HOUSED AT TERRE HAUTE IN 2020 I WAS TEAM FOR A LOW CARE LEVEL 3 FACILITY BECAUSE I HAD 15 POINTS AND HOUSED OVER 500 MILES FROM EDENTON, NORTH CAROLINA.
I FILED A ADMINISTRATIVE REMEDY AT TERRE HAUTE THROUGH THE GRIEVANCE PROCESS ON JANUARY 24, 2020 TO B. LAMMER, FCI WARDEN CONCERNING THE FIRST STEP ACT TRANSFER WARDEN LAMMER ACKOWLEDGE THE TRANSFER TO NEARER RELEASE HOWEVER BECKLEY FCI IS NOT A NEARER RELEASE TRANSFER TO EDENTON NORTH CAROLINA AND SURELY NOT A CARE LEVEL 3 LOW A PROPER MEDICAL CARE FOR MY MEDICAL NEEDS WHEREFORE I AM REQUESTING THAT YOU TAKE CORRECTIVE ACTION IN THIS MATTER TO TRANSFER ME TO A LOW WITHIN A NEARER RELEASE CARE LEVEL 3 IN BUTNER NORTH CAROLINA. WHICH

- 4 -                    EXHIBIT-A

BUNTER LOW IN NORTH CAROLINA
HAS A FEDERAL MEDICAL CENTER (FMC)
AGAIN PLEASE TAKE CORRECTIVE ACTION
IN THIS MATTER.
ENCLOSED IS A COPY OF B. LAMMER,
FCI WARDEN PART B- RESPONSE
TO MY ADMINISTRATIVE REMEDY FILED
NO. 1002229-FI.

SINCERELY,
Michael Rankins
MICHAEL RANKINS #58425056
FCI BECKLEY
P.O. Box 350
BEAVER WV 25813

CERTIFICATE OF SERVICE

I MICHAEL RANKINS HAVE SENT THIS
LETTER NOTICE TO TAKE CORRECTIVE ACTION
CERTIFIED MAIL TO MICHAEL D. CARVAJAL
DIRECTOR OF PRISON, 320 FIRST STREET, NW
WASHINGTON DC 20534; J.C. PETRUCC
REGIONAL DIRECTOR, MID ATLANTIC REGIONAL
OFFICE 302 SENTINEL DRIVE, SUITE 209
ANNAPOLIS, MARYLAND 20701 ON JUNE
25, 2021.

michael Rankins

EXHIBIT A

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

RBL 131
RANKINS

Certified Mail Fee
$
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)          $
☐ Return Receipt (electronic)        $
☐ Certified Mail Restricted Delivery $
☐ Adult Signature Required           $
☐ Adult Signature Restricted Delivery $
Postage
$
Total Postage and Fees
$
Sent To MICHAEL D. CARVAJAL
Street and Apt. No., or PO Box No. 320 FIRST STREET, NW
City, State, ZIP+4 WASHINGTON DC 20534

Postmark Here

BEAVER WV
USPS 25813

7021 0350 0001 5918 0497

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

RBL 131
RANKINS

Certified Mail Fee
$
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)          $
☐ Return Receipt (electronic)        $
☐ Certified Mail Restricted Delivery $
☐ Adult Signature Required           $
☐ Adult Signature Restricted Delivery $
Postage
$
Total Postage and Fees
$
Sent To J.C. PETRUCC
Street and Apt. No., or PO Box No. 302 SENTINEL DRIVE, SUITE 209
City, State, ZIP+4 ANNAPOLIS MARYLAND 30701

Postmark Here

BEAVER WV
USPS 25813

7021 0350 0001 5918 0527

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

---

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
MICHAEL D. CARVAJAL
DIRECTOR OF BUREAU OF PRISON
320 FIRST STREET, NW
WASHINGTON, DC 20534

‖‖‖‖‖‖‖‖‖‖‖‖
9590 9402 2088 6132 2765 59

2. Article Number (Transfer from service label)

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X                                    ☐ Agent
                                     ☐ Addressee
B. Received by (Printed Name)    C. Date of Delivery
                                     7-1-21
D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053    Domestic Return Receipt

---

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
J.C. PETRUCC
REGIONAL DIRECTOR
MID ATLANTIC REGIONAL OFFICE
302 SENTINEL DRIVE, SUITE 209
ANNAPOLIS MARYLAND 30701

‖‖‖‖‖‖‖‖‖‖‖‖
9590 9402 6436 0346 2802 80

2. Article Number (Transfer from service label)

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X  R Rose                            ☐ Agent
                                     ☐ Addressee
B. Received by (Printed Name)    C. Date of Delivery
   R Rose                            7/1/21
D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053    Domestic Return Receipt

Remedy No.:  1002229-F1                                      FCC Terre Haute, IN

## PART B - RESPONSE

This is in response to your Administrative Remedy receipted January 1, 2020, in which you allege staff have not submitted you for a Nearer Release transfer in accordance to the First Step Act. For relief, you request to be transferred to an institution within 500 miles of your residence in North Carolina.

A review of your request reveals staff previously submitted you for transfer and you were recently designated to an institution located within 500 miles of your home of record in North Carolina. You will not be advised of your new designation or date of departure from FCI Terre Haute due to safety and security concerns.

Furthermore, you currently have a medical hold due to ongoing treatment. It is anticipated this hold will prevent you from transferring to your newly designated institution until all treatment is complete.

Therefore, this response to your Request for Administrative Remedy is for informational purposes only.

If you are dissatisfied with this response, you may appeal to the Regional Director, North Central Regional Office, Federal Bureau of Prisons, 400 State Avenue, Suite 800, Kansas City, Kansas 66101. Your appeal must be received within 20 calendar days of the date of this response.

_1/24/20_
Date

B. Lammer, FCI Warden

EXHIBIT-B

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
BECKLEY DIVISION

MICHAEL RANKINS
    PLAINTIFF

                                        CASE NO. _____

V.

MICHAEL D. CARVAJAL ETAL...
    DEFENDANTS

AFFIDAVIT OF ZACHARY MORRIS

I AFFIANT ZACHARY MORRIS I AM OVER THE AGE OF 18 YEARS OLD I AM COMPETENT TO TESTIFY TO THE FOLLOWING:

1. I ANTICIPATE TO BEING A CLASS MEMBER TO THE ABOVE CAPTION CASE MICHAEL RANKINS V. MICHAEL D. CARVAJAL ET AL...

2. I AM A INMATE HOUSED IN BECKLEY FCI I WORK AS A FOOD SERVICE WORKER IN THE KICTHEN, I HAVE WORK UNDER UNCLEAN CONDITIONS FORCE TO SERVE EXPIRED AND SPOIL FOODS DAILY ALL THREE MEALS. A DAY.

EXHIBIT B

- 2 -   AFFIDAVIT

ZACHARY MORRIS # 34899-058

PURSUANT TO 28 U.S.C. SEC. 1746  I ZACHARY MORRIS
DECLARE UNDER PENALTY OF PERJURY THAT THE
FOREGOING IS TRUE AND CORRECT.

ZACHARY MORRIS # 34899-058

EXHIBIT- C

# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

### BECKLEY DIVISION

ETHAN JEROME MOORE,

      Petitioner,

v.                             Case No. 5:20-cv-00857

D.L. YOUNG,

      Respondent.

### ORDER

Petitioner has filed a letter with the Clerk indicating that FCI Beckley refuses to give him a copy of Respondent's Response to the Court's Show Cause Order. (ECF No. 15). If FCI Beckley has indeed failed to provide the Response to Petitioner, FCI Beckley is hereby **ORDERED** to immediately do so. Counsel for Respondent and Respondent shall ensure that Petitioner receives the Response. Petitioner's request for a continuance of the current briefing schedule is **GRANTED**. Petitioner shall now have through and including **June 25, 2021** in which to file a reply memorandum.

The Clerk is directed to provide a copy of this Order to counsel of record, Respondent, and Petitioner.

                                    ENTERED: April 16, 2021

                                  Cheryl A. Eifert
                                  United States Magistrate Judge

EXHIBIT- C

EXHIBIT- C



**United States Department of Justice**

*United States Attorney*
*Southern District of West Virginia*

| | |
|---|---|
| *Robert C. Byrd United States Courthouse*<br>*300 Virginia Street, East*<br>*Suite 4000*<br>*Charleston, WV 25301*<br>*1-800-659-8726* | *Mailing Address*<br>*Post Office Box 1713*<br>*Charleston, WV 25326*<br>*304-345-2200*<br>*FAX: 304-347-5104* |

April 20, 2021

Beckley Federal Correctional Institution
P.O. Box 350
Beaver, WV 25813

      Re:   Ethan Jerome Moore, Register No. 02870-088
             Civil Action No. 5:20-cv-00857

To Whom It May Concern:

    On April 16, 2021, counsel for the United States and for the Respondent in this matter was ordered by the Court to ensure that the Petitioner in this matter, Ethan Jerome Moore, receives a copy of the response to his petition, which is enclosed herein.

    Please ensure that this response is received by Mr. Moore, and please notify us when it is provided to him.

    Please feel free to contact me if you have any questions.

                    Sincerely yours,

                    LISA G. JOHNSTON
                    Acting United States Attorney

        By:

                    KRISTIN F. SCOTT
                    Assistant United States Attorney

KFS/vld
Enclosure

EXHIBIT- C

Michael Rankins
#58425056
FCI Beckley
P.O. Box 350
Beaver, WV 25813

CERTIFIED MAIL

7021 0350 0001 5918 0367

7021 0350 0001 5918 0367

LEGAL MAIL

To: THE HONORABLE CHERYL A. EIFERT
c/o
CLERK'S OFFICE
UNITED STATES DISTRICT COURT
110 N. HEBER STREET, Rm 119
BECKLEY WV 25801

RETURN RECEIPT REQUESTED





UNITED STATES POSTAL SERVICE

1000

25801

U.S. POSTAGE PAID
FCM LG ENV
BEAVER, WV
25813
AUG 11, 21
AMOUNT
$0.00
R2305K141865-02