*Attachment A - <u>Bivens</u> Complaint form*

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF WEST VIRGINIA



FILED

DEC - 1 2021

RORY L. PERRY II, CLERK
U.S. District Court
Southern District of West Virginia

MICHAEL RANKINS

\# 58425056

_(Enter above the full name of the plaintiff_
_or plaintiffs in this action)_

_(Inmate Reg. # of each Plaintiff)_

v.

CIVIL ACTION NO. 5:21-CV-00452
_(Number to be assigned by Court)_

MICHAEL D. CARVAJAL
Jo C. PETRUCC
JOHN OR JANE DOE
D. L. YOUNG
B. FAIN
G. YORKOVICH

AMEND COMPLAINT

DEMAND FOR JURY TRIAL

_(Enter above the full name of the defendant_
_or defendants in this action)_

Defendant(s).

## **COMPLAINT**

### I.    Parties

A.    Name of Plaintiff:    MICHAEL RANKINS

Inmate No.:    58425056

Address:    BECKLEY FCI
P.O. BOX 350
BEAVER WV 25813

B.  Additional Plaintiff(s) (provide the same information for each plaintiff as listed in Item A above).

Name of Plaintiff: _____

Inmate No.: _____

Address: _____

_____

Name of Plaintiff: _____

Inmate No.: _____

Address: _____

_____

C.  Name of Defendant: MICHAEL D. CARVAJAL

Position: DIRECTOR OF PRISON

Place of Employment: 320 FIRST STREET, NW

WASHINGTON D.C. 20534

D.  Additional Defendant(s) (provide the same information for each defendant as listed in Item C above):

Name of Defendant: J.C. PETRUCC

Position: REGIONAL DIRECTOR

Place of Employment: MID ATLANTIC REGIONAL OFFICE

302 SENTINE DRIVE, SUITE 209
ANNAPOLIS Md. 20701

Name of Defendant: JOHN OR JANE DOE

Position: FOOD SERVICE ADMINISTRATOR

Place of Employment: MID ATLANTIC REGIONAL OFFICE

302 SENTINE DRIVE, SUITE 209
ANNAPOLIS Md. 20701

SEE ATTACHED DEFENDANTS NAMES

2

DEFENDANTS NAMES

NAME OF DEFENDANT: D. L. YOUNG
POSITION:  WARDEN
PLACE OF EMPLOYMENT: BECKLEY FCI
  P.O. BOX 350, BEAVER, WV 25813

NAME OF DEFENDANT: B. FAIN
POSITION: ADMINISTRATOR OF HEALTH SERVICE
PLACE OF EMPLOYMENT: BECKLEY FCI
P.O. BOX 350 BEAVER, WV 25813

NAME OF DEFENDANT: T. HOMAS
POSITION: FOOD SERVICE ADMINISTRATOR OF BECKLEY FCI
PLACE OF EMPLOYMENT: BECKLEY FCI
P.O. BOX 350 BEAVER WV 25813

NAME OF DEFENDANT: G. YORKOVICH
POSITION: MAIL ROOM SUPERVISOR
PLACE OF EMPLOYMENT: BECKLEY FCI
P.O. BOX 350 BEAVER WV 25813

II.     **Place of Present Confinement**

Name of Prison/Institution: BECKLEY FCI

A.     Is this where the events concerning your complaint took place?

Yes ✓          No _____

If you answered "no," where did the events occur? _____

_____

B.     Is there a prisoner grievance procedure in this institution?

Yes ✓          No _____

C.     Did you present the facts relating to your complaint in the prisoner grievance procedure?    Yes _____    No ✓

If you answered "no," explain why not: BECKLEY STAFF OFFICIAL HAS THREATEN ME ABOUT FILING GRIEVANCES I FEAR FOR MY LIFE I WROTE I HAVE WROTE MICHAEL D. CARVAJAL AND THE REGIONAL DIRECTOR J.C. PETRUCC ABOUT THESE ISSUES IN THIS LAWSUIT.

If you answered "yes," what was the result at level one, level two and level three (attach grievances and responses): N/A _____

_____

III.    **Previous Lawsuits**

A.     Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise related to your imprisonments?

Yes _____          No ✓

B.     If your answer to A is "yes," describe the lawsuit in the space below. If there is more than one lawsuit, describe the additional lawsuits on another piece of paper using the same outline.

1.     Parties to the previous lawsuit:

Plaintiff(s): _____ N/A _____

Defendant(s): _____

3

2.    Court (if federal court, name the district; if state court, name the county);

_N/A_

3.    Docket Number: _N/A_

4.    Name of judge to whom case was assigned: _N/A_

5.    Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?)

_N/A_

6.    Approximate date of filing lawsuit: _N/A_

7.    Approximate date of disposition: _N/A_

## IV.    Statement of Claim

State here, as briefly as possible, the facts of your case. Describe what each defendant did to violate your constitutional rights. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets of paper if necessary.)

SEE ATTACH PAGES OF STATEMENTS OF FACTS

4

## AMEND

## STATEMENT OF FACTS

1. ON JANUARY 13, 2021 THROUGH AUGUST 2021 DEFENDANTS MICHAEL D. CARVAJAL, DIRECTOR OF BUREAU OF PRISON J.C. PETRUCC, REGIONAL DIRECTOR, D.L. YOUNG, WARDEN; AND B. FAIN, ADMINISTRATOR OF HEALTH SERVICES ACTED WITH DELIBERATE INDIFFERENCE THE DEFENDANTS HAD KNOWLEDGE OF PLAINTIFF MICHAEL RANKINS SERIOUS MEDICAL NEEDS FOR TREATMENT FOR SUFFERING EXTREME CHEST PAINS THATS RELATING TO HIS HEART CONDITION FROM SUFFERING THREE HEART ATTACKS IN THE PAST AND A AUGUST 11, 2020 HEART SURGERY AND BIOPSY OF A CANCER MASS ON HIS HEART, AND CANCER NOULDLES IN HIS LUNGS, KIDNEY AND HIS BONES. THE DEFENDANTS VIEWED PLAINTIFF'S MEDICAL FILES AND FAIL TO PROVIDE PLAINTIFF ADQUATE MEDICAL TREATMENT.

2.) SINCE JANUARY 13, 2021 THROUGH AUGUST 2021 DEFENDANTS CARVAJAL, PETRUCC, YOUNG AND FAIN ACTED WITH DELIBERATE INDIFFERENCE WHEN THEY KNEW ABOUT PLAINTIFF RANKINS BEING EXPOSED TO A SUBSTANTIAL RISK OF SERIOUS HARM BEING HOUSED AT BECKLEY FCI THAT IS A CARE LEVEL TWO PRISON FACILITY THAT DO NOT PROVIDE MEDICAL TREATMENT FOR PLAINTIFF RANKINS SERIOUS MEDICAL NEEDS SUCH AS PAIN AND SUFFERING FROM HIS HEART CONDITION, AND CANCER NOULDLES

THROUGHOUT HIS BODY. THE DEFENDANTS CARVAJAL, PETRUCC, YOUNG AND FAIN READ PLAINTIFF RANKINS' MEDICAL FILES AND DID NOT TRANSFER PLAINTIFF TO A PRISON FACILITY THATS A CARE LEVEL THREE THAT PROVIDED MEDICAL TREATMENT FOR PLAINTIFF SERIOUS MEDICAL NEEDS AND ON SEPTEMBER 30, 2021 PLAINTIFF RANKINS SUFFER A SERIOUS HEART ATTACK THAT WAS EXTREMELY PAINFUL.

3.) ON JANUARY 13, 2021 THROUGH AUGUST 2021 DEFENDANTS CARVAJAL, PETRUCC, YOUNG, AND FAIN ACTED WITH DELIBERATE INDIFFERENCE WHEN THEY HAD KNOWLEDGE THAT BECKLEY FCI IS A MEDICAL CARE LEVEL TWO PRISON FACILITY THAT UNTRAINED MEDICAL STAFF ARE NOT QUALIFIED TO MAKE MEDICAL DECISION CONCERNING PLAINTIFF RANKINS SERIOUS MEDICAL NEEDS WITHOUT SPECIALIZED TRAINING THAT REQUIRES A SPECIALIST'S ATTENTION WHICH CAUSED PLAINTIFF RANKINS ON SEPTEMBER 30, 2021 TO SUFFER A SERIOUS HEART ATTACK THAT WAS EXTREMELY PAINFUL.

4.) FROM JANUARY 13, 2021 TO AUGUST 2021 PLAINTIFF HAVE WROTE DEFENDANTS CARVAJAL, PETRUCC, YOUNG AND FAIN REQUESTING TO BE TRANSFER TO FCI PRISON CARE LEVEL THREE MEDICAL FACILITY THE DEFENDANT ACTED WITH DELIBERATE INDIFFERENCE WHEN THEY IGNORED PLAINTIFF RANKINS MEDICAL TRANSFER TO BE AT A CARE LEVEL THREE PRISON, FACILITY THAT PROVIDES ADQUATE MEDICAL TREATMENT

TO PLAINTIFF RANKINS SEE EXHIBIT-A LETTER TO DEFENDANTS CARVAJAL AND PETRUCC) CAUSING PLAINTIFF RANKINS ON SEPTEMBER 30, 2021 TO SUFFER A SERIOUS HEART ATTACK THAT WAS EXTREMELY PAINFUL.

5.) SINCE JANUARY 2021 TO AUGUST PLAINTIFF WROTE DEFENDANTS CARVAJAL, PETRUCC, THOMAS, JOHN OR JANE DOE FOOD SERVICE ADMINISTRATOR OF THE REGIONAL DIRECTOR OFFICE, YOUNG AND PAIN TO RECEIVED WELL BALANCED DAILY MEALS CONTAINING SUFFICIENT NUTRITIONAL VALUE TO PRESERVE HIS HEALTH THAT THE FOOD THAT IS RECEIVED FROM THE KITCHEN DAILY IS SPOILED, NUTRITIONALLY DEFICIENT THATS AFFECTING PLAINTIFF RANKINS HEALTH CONDITIONS THAT HE FACE A SUBSTAINTIAL RISK OF SERIOUS HARM. PLAINTIFF ALSO REQUESTED TO DEFENDANTS TO PROVIDE MEDICAL DIET FOR HIS DIABETES AND HEART CONDITION. DEFENDANTS IGNORED PLAINTIFF REQUEST AND ON SEPTEMBER 30, 2021 PLAINTIFF RANKINS SUFFER A SERIOUS INJURY A HEART ATTACK THAT WAS EXTREMELY PAINFUL. (SEE AFFIDAVIT OF ZACHARY MORRIS # 34899-058 ABOUT THE FOOD THATS SERVED TO INMATE POPULATION MARK AS EXHIBIT-B)

6.) PLAINTIFF RANKINS HAS WROTE DEFENDANTS CARVAJAL, PETRUCC AND YOUNG ABOUT THE GRIEVANCE PROCESS IS NOT AVAILABLE AT BECKLEY FCI THE DEFENDANTS HAD IGNORED PLAINTIFF RANKINS SEVERAL LETTERS AS NOTICE TO TAKE CORRECTIVE ACTION. PLAINTIFF RANKINS HAS

- 4 -

BEEN THREATEN AND HE FEAR FOR HIS LIFE.
PLAINTIFF HAS MADE SERVERAL ATTEMPTS TO OBTAIN
GRIEVANCE ABOUT DEFENDANT YOUNG' POLICIES AND
DEFENDANT G. YORKOVICH, MAIL ROOM SUPERVISOR
WITHHOLDING PLAINTIFF INCOMING LEGAL MAIL/SPECIAL
MAIL GENERAL MAIL 2 TO 3 WEEKS AND IN
SOME CASES 3 MONTHS, OTHER INMATES LEGAL
MAIL FROM THE CLERK'S OFFICE OF THE UNITED
STATES DISTRICT AND ATTORNEYS (SEE EXHIDIT-C
COURT ORDER FROM THE HONORABLE CHERYL A. ELFERT,
UNITED STATES MAGISTRIATE JUDGE IN RE: ETHAN JEROME
MOORE V. D.L. YOUNG CASE NO. 5:20-CV-00857;
ALSO LETTER FROM KRISTIN F. SCOTT, ASSISTANT
UNITED STATES ATTORNEY THAT SHE WROTE BECKLEY
FCI OFFICIALS IN RE: ETHAN JEROME MOORE
V. D.L. YOUNG CASE NO. 5:20-CV-00857)

7.) FROM JANUARY 2021 TO NOVEMBER 2021 DEFENDANTS
CARVAJAL, PETRUCC, YOUNG AND G. YORKOVICH VIOLATED
PLAINTIFF RANKINS' DUE PROCESS RIGHT BY DEPRIVING
PLAINTIFF RANKINS OF HIS ENTITLEMENT IN BOP PROGRAM
STATEMENT NO. 5800.10 CONTAINING EXPLICT
MANDATORY LANGUAGE THAT " INMATE CORRESPONDENCE
LEGAL MAIL AND SPECIAL MAIL AND GENERAL MAIL
" SHALL" BE PROCESSED AND DELIVERED WITHIN
24 HOURS. ALL PLAINTIFF INCOMING MAIL AND LEGAL
MAIL/SPECIAL MAIL TAKES 2 TO 3 WEEKS AND
SOME CASES 3 MONTHS BEFORE PROCESSED AND
DELIVERED.

## V.  Relief

State briefly and exactly what you want the Court to do for you. Make no legal arguments. Cite no cases or statutes.

A.) PLAINTIFF REQUESTING COMPENSATORY DAMAGES IN THE AMOUNT OF $10,000.000 AGAINST EACH DEFENDANT.

B.) PLAINTIFF SEEK PUNITIVE DAMAGES IN THE AMOUNT OF $9,000.000 AGAINST EACH DEFENDANT

C.) PLAINTIFF SEEK MENTAL EMOTIONAL DAMAGES IN THE AMOUNT OF $1,000,000 AGAINST EACH DEFENDANT.

D.) PLAINTIFF SEEK AN INJUNCTION ORDER TO ISSUE AGAINST THE DEFENDANTS.

Signed this 29 day of NOVEMBER, 2021.

_____

_____

_____
Signature of Plaintiff or Plaintiffs

**I declare under penalty of perjury that the foregoing is true and correct.**

Executed on  November 29, 2021.
       (Date)

_____
Signature of Plaintiff

5

MICHAEL RANKINS
#58425056
FCI BECKLEY
P.O. BOX 350
BEAVER, WV 25813

NOVEMBER 29, 2021

CLERK'S OFFICE
UNITED STATES DISTRICT COURT
110 N. HEBER STREET, Rm 119
BECKLEY, WV 25801

RE: RANKINS V. CARAJAL, ET AL.,
CIVIL ACTION NO. 5:21-CV-00453

DEAR CLERK;

ENCLOSED IS A AMEND COMPLAINT
PLEASE PROVIDE ME WITH A COPY OF
THE AMEND COMPLAINT. THANK YOU.

SINCERELY,
Michael Rankins



